UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Joanne Fillius,

Debtor.

Case No.:        21-14452-JNP

Chapter:              13

Hearing Date:     1/25/2022

Judge:              Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 81 Greenwood Drive (Docket # 27)

_____

Date: 1/21/2022                                        /s/ Denise Carlon
                                                              Signature

*rev.8/1/15*