Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−14452−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Joanne C. Fillius
    aka Joanne C. Pezzano, aka Joanne C.
    Pezzano−Fillius, aka Joanne Pezzano, aka
    Joanne Fillius
    81 Greenwood Dr
    Turnersville, NJ 08012−2156

Social Security No.:
    xxx−xx−1132

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 3, 2022.

Dated: March 3, 2022
JAN:

    Jeanne Naughton
    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Joanne C. Fillius  
    Debtor

Case No. 21-14452-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Mar 03, 2022      Form ID: plncf13      Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Joanne C. Fillius, 81 Greenwood Dr, Turnersville, NJ 08012-2156 |
| 519224705 | + | Community Surgical Supply, 163 Route 37 W, Toms River, NJ 08755-8087 |
| 519224709 | | Invesque Glassboro OPCO LP, 3152 Glassboro Cross Keys Rd, Glassboro, NJ 08028-2723 |
| 519224710 | | Little House Candles, 20 Province Line Rd, New Egypt, NJ 08533-1008 |
| 519224713 | | Midnight Velvet, 112 W 7th St Box 2816, Monroe, WI 53566-1099 |
| 519224714 | + | Motor Vehicle Commission, 225 East State Street, Trenton, NJ 08666-0001 |
| 519266847 | + | NJSVS Surcharge Violation System Office, Attn NJSVS Bankruptcy Unit, PO Box 136, Trenton, NJ 08601-0136 |
| 519224717 | | NOVA AN Professionals, 1501 Mount Pleasant Rd, Villanova, PA 19085-2112 |
| 519224715 | | Navy Fcu, 1 Security Pl, Merrifield, VA 22081 |
| 519224720 | | Seventh Avenue, 652 8th St, Monroe, WI 53566-1066 |
| 519224722 | | State of NJ Surcharge Violation, PO Box 1502, Moorestown, NJ 08057-9704 |
| 519224721 | | State of New Jersey Attorney General, Division of Law, Trenton, NJ 08625 |
| 519224723 | | United States Attorney General, Ben Franklin Station, PO Box 683, Washington, DC 20044-0683 |
| 519224724 | | Usaa Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |
| 519224725 | | Usaa Fsb, PO Box 47504, San Antonio, TX 78201 |
| 519224728 | + | Weltman, Weinberg & Reis Co., LPA, 170 S Independence Mall W Ste 874W, Philadelphia, PA 19106-3334 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 03 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 03 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519224699 | | Email/Text: BankruptcyNotices@aafes.com | Mar 03 2022 20:38:00 | Army Airforce Exchange, 3911 S Walton Walker Blvd, Dallas, TX 75236-1509 |
| 519224700 | | Email/Text: BankruptcyNotices@aafes.com | Mar 03 2022 20:38:00 | Army Airforce Exchange, PO Box 650410, Dallas, TX 75265-0410 |
| 519224701 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 03 2022 20:45:56 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519224702 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 03 2022 20:45:48 | Capital One Bank USA N, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519224703 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 03 2022 20:38:00 | Comenity Capital Bank / SMPL, PO Box 182120, Columbus, OH 43218-2120 |
| 519224704 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 03 2022 20:38:00 | Comenity Bank / Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 519224706 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 03 2022 20:45:44 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519224707 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 03 2022 20:45:49 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |

Case 21-14452-JNP    Doc 34    Filed 03/05/22    Entered 03/06/22 00:15:17    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2022 | Form ID: plncf13 | Total Noticed: 40 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519224708 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 03 2022 20:38:00 | Internal Reveune Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519261751 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 03 2022 20:38:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud MN 56302-9617 |
| 519232710 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2022 20:45:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519251754 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 03 2022 20:45:41 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519224711 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 03 2022 20:45:41 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 519224712 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 03 2022 20:45:41 | Midland Mtg/Midfirst, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 519229043 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 03 2022 20:39:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 519224716 | | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 03 2022 20:39:00 | Navy Federal Cu, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 519224718 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 03 2022 20:46:01 | Regional Acceptance Co, 1424 E Fire Tower Rd, Greenville, NC 27858-4105 |
| 519224719 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 03 2022 20:46:01 | Regional Acceptance Company, Attn: Bankruptcy, PO Box 1487, Wilson, NC 27894-1487 |
| 519229702 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 03 2022 20:46:01 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 519268369 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 03 2022 20:45:51 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519224727 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 03 2022 20:38:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Saint Charles, MO 63304-2225 |
| 519224726 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 03 2022 20:38:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Mar 05, 2022 | Signature: | /s/Joseph Speetjens |
|---|---|---|

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Mar 03, 2022 | Form ID: plncf13 | Total Noticed: 40

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| Ronald E. Norman | on behalf of Debtor Joanne C. Fillius rnorman@rnormanlaw.com ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6