Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  21–14452–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Joanne C. Fillius
aka Joanne C. Pezzano, aka Joanne C.
Pezzano–Fillius, aka Joanne Pezzano, aka
Joanne Fillius
81 Greenwood Dr
Turnersville, NJ 08012–2156

Social Security No.:
xxx–xx–1132

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              May 10, 2022
Time:              11:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*36* – Certification in Opposition to (related document:35 Creditor's Certification of Default (related document:27 Motion for Relief from Co–Debtor Stay of Chris Fillius filed by Creditor MIDFIRST BANK, Motion for Relief from Stay re: re: 81 Greenwood Drive, Turnersville, NJ 08012–2156. Fee Amount $ 188., 30 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 04/14/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Ronald E. Norman on behalf of Joanne C. Fillius. (Norman, Ronald)

and transact such other business as may properly come before the meeting.

Dated: April 13, 2022
JAN: lgr

                                                        Jeanne Naughton
                                                        Clerk