**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF NEW JERSEY**

# TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

**Case Number: 21-14452 (JNP)**

Monthly Payment: $723.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

Joanne C. Fillius
81 Greenwood Drive
Turnersville, NJ 08012-2156

**For the period of 01/01/2024 to 12/31/2024**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/08/2024 | $361.50 | 01/23/2024 | $361.50 | 02/08/2024 | $361.50 | 02/22/2024 | $361.50 |
| 03/07/2024 | $361.50 | 03/25/2024 | $361.50 | 04/04/2024 | $361.50 | 04/23/2024 | $361.50 |
| 05/08/2024 | $361.50 | 05/21/2024 | $361.50 | 06/06/2024 | $361.50 | 06/21/2024 | $361.50 |
| 07/08/2024 | $361.50 | 07/22/2024 | $361.50 | 08/07/2024 | $361.50 | 08/21/2024 | $361.50 |
| 09/05/2024 | $361.50 | 09/19/2024 | $361.50 | 10/08/2024 | $361.50 | 10/22/2024 | $361.50 |
| 11/06/2024 | $361.50 | 11/22/2024 | $361.50 | 12/04/2024 | $361.50 | 12/20/2024 | $361.50 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JOANNE C. FILLIUS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RONALD E. NORMAN, ESQUIRE | 13 | $4,250.00 | $4,250.00 | $0.00 | $0.00 |
| 0 | RONALD E. NORMAN, ESQUIRE | 13 | $1,200.00 | $1,200.00 | $0.00 | $0.00 |
| 1 | ARMY AIRFORCE EXCHANGE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ARMY AIRFORCE EXCHANGE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK USA N | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | COMENITY CAPITAL BANK / SMPL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | LVNV FUNDING, LLC | 33 | $543.68 | $0.00 | $543.68 | $0.00 |
| 7 | COMMUNITY SURGICAL SUPPLY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING, LLC | 33 | $208.71 | $0.00 | $208.71 | $0.00 |
| 9 | CREDIT ONE BANK NA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | DEPARTMENT OF THE TREASURY | 24 | $4,640.00 | $2,293.23 | $2,346.77 | $1,016.94 |
| 11 | INVESQUE GLASSBORO OPCO LP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | LITTLE HOUSE CANDLES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | MIDFIRST BANK | 24 | $15,960.53 | $7,888.18 | $8,072.35 | $3,498.03 |
| 14 | MIDLAND MTG/MIDFIRST | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | MIDNIGHT VELVET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | NJSVS | 33 | $1,000.00 | $0.00 | $1,000.00 | $0.00 |
| 17 | NOVA AN PROFESSIONALS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | NAVY FEDERAL CREDIT UNION | 33 | $14,317.73 | $0.00 | $14,317.73 | $0.00 |
| 19 | NAVY FEDERAL CREDIT UNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | REGIONAL ACCEPTANCE CORPORATION | 33 | $12,187.63 | $0.00 | $12,187.63 | $0.00 |
| 21 | REGIONAL ACCEPTANCE COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | SEVENTH AVENUE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 23 | STATE OF NJ SURCHARGE VIOLATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | STATE OF NEW JERSEY ATTORNEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | UNITED STATES ATTORNEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | USAA FEDERAL SAVINGS BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | USAA FSB | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | VERIZON BY AMERICAN INFOSOURCE | 33 | $264.93 | $0.00 | $264.93 | $0.00 |
| 30 | VERIZON BY AMERICAN INFOSOURCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | WELTMAN, WEINBERG & REIS CO., LPA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | RONALD E. NORMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | DEPARTMENT OF THE TREASURY | 33 | $3,651.65 | $0.00 | $3,651.65 | $0.00 |
| 35 | LVNV FUNDING, LLC | 33 | $452.00 | $0.00 | $452.00 | $0.00 |
| 36 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $339.49 | $0.00 | $339.49 | $0.00 |
| 37 | NJSVS | 24 | $951.60 | $470.34 | $481.26 | $208.58 |
| 38 | COMENITY BANK / VICTORIA SECRET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | DEPARTMENT OF THE TREASURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | MIDFIRST BANK | 24 | $8,648.43 | $4,274.31 | $4,374.12 | $1,895.46 |
| 41 | MIDFIRST BANK | 13 | $538.00 | $538.00 | $0.00 | $0.00 |
| 42 | MIDFIRST BANK | 24 | $4,127.77 | $2,040.05 | $2,087.72 | $904.66 |
| 43 | MIDFIRST BANK | 13 | $350.00 | $350.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2021 | 8.00 | $0.00 |
| 02/01/2022 | Paid to Date | $2,430.00 |
| 03/01/2022 | 5.00 | $693.00 |
| 08/01/2022 | 46.00 | $723.00 |
| 06/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $8,676.00 |
| Total paid to creditors this period: | $7,523.67 |
| Undistributed Funds on Hand: | $650.71 |
| Arrearages: | $447.00 |
| Attorney: | RONALD E. NORMAN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**