**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Joanne C. Fillius<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–1132 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 21–14452–JNP | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joanne C. Fillius
aka Joanne C. Pezzano, aka Joanne C. Pezzano–Fillius, aka Joanne Pezzano, aka Joanne Fillius

8/28/26

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re: Case No. 21-14452-JNP
Joanne C. Fillius Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 3
Date Rcvd: Aug 28, 2026 Form ID: 3180W Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Joanne C. Fillius, 81 Greenwood Dr, Turnersville, NJ 08012-2156 |
| 519224705 | + | Community Surgical Supply, 163 Route 37 W, Toms River, NJ 08755-8087 |
| 519224709 | | Invesque Glassboro OPCO LP, 3152 Glassboro Cross Keys Rd, Glassboro, NJ 08028-2723 |
| 519224713 | | Midnight Velvet, 112 W 7th St Box 2816, Monroe, WI 53566-1099 |
| 519224714 | + | Motor Vehicle Commission, 225 East State Street, Trenton, NJ 08666-0001 |
| 519224717 | | NOVA AN Professionals, 1501 Mount Pleasant Rd, Villanova, PA 19085-2112 |
| 519224715 | | Navy Fcu, 1 Security Pl, Merrifield, VA 22081 |
| 519224720 | | Seventh Avenue, 652 8th St, Monroe, WI 53566-1066 |
| 519224722 | | State of NJ Surcharge Violation, PO Box 1502, Moorestown, NJ 08057-9704 |
| 519224721 | | State of New Jersey Attorney General, Division of Law, Trenton, NJ 08625 |
| 519224723 | | United States Attorney General, Ben Franklin Station, PO Box 683, Washington, DC 20044-0683 |
| 519224725 | | Usaa Fsb, PO Box 47504, San Antonio, TX 78201 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 28 2026 21:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 28 2026 21:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519224699 | + | EDI: AAFES | Aug 29 2026 01:06:00 | Army Airforce Exchange, 3911 S Walton Walker Blvd, Dallas, TX 75236-1598 |
| 519224700 | | EDI: AAFES | Aug 29 2026 01:06:00 | Army Airforce Exchange, PO Box 650410, Dallas, TX 75265-0410 |
| 519224701 | | EDI: CAPITALONE.COM | Aug 29 2026 01:06:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519224702 | | EDI: CAPITALONE.COM | Aug 29 2026 01:06:00 | Capital One Bank USA N, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519224703 | | EDI: WFNNB.COM | Aug 29 2026 01:06:00 | Comenity Capital Bank / SMPL, PO Box 182120, Columbus, OH 43218-2120 |
| 519224704 | | EDI: WFNNB.COM | Aug 29 2026 01:06:00 | Comenity Bank / Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 519224706 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 28 2026 21:48:06 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519224707 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 28 2026 21:47:44 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519224708 | | EDI: IRS.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 29 2026 01:06:00 | Internal Reveune Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519261751 | | EDI: JEFFERSONCAP.COM | Aug 29 2026 01:06:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud MN 56302-9617 |
| 519232710 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2026 21:47:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519251754 | + | EDI: AISMIDFIRST | Aug 29 2026 01:06:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519224711 | | EDI: AISMIDFIRST | Aug 29 2026 01:06:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 519224712 | | EDI: AISMIDFIRST | Aug 29 2026 01:06:00 | Midland Mtg/Midfirst, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 519229043 | + | EDI: NFCU.COM | Aug 29 2026 01:06:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 519224716 | | EDI: NFCU.COM | Aug 29 2026 01:06:00 | Navy Federal Cu, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 519224718 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 28 2026 21:58:46 | Regional Acceptance Co, 1424 E Fire Tower Rd, Greenville, NC 27858-4105 |
| 519224719 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 28 2026 21:58:46 | Regional Acceptance Company, Attn: Bankruptcy, PO Box 1487, Wilson, NC 27894-1487 |
| 519229702 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 28 2026 21:58:46 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 519224724 | | Email/Text: bkelectronicnotices@usaa.com | Aug 28 2026 21:48:00 | Usaa Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |
| 519268369 | + | EDI: AIS.COM | Aug 29 2026 01:06:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519224727 | | EDI: VERIZONCOMB.COM | Aug 29 2026 01:06:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Saint Charles, MO 63304-2225 |
| 519224726 | | EDI: VERIZONCOMB.COM | Aug 29 2026 01:06:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 519224728 | + | Email/Text: PHILAW@weltman.com | Aug 28 2026 21:50:00 | Weltman, Weinberg & Reis Co., LPA, 170 S Independence Mall W Ste 874W, Philadelphia, PA 19106-3334 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519224710 | ## | Little House Candles, 20 Province Line Rd, New Egypt, NJ 08533-1008 |
| 519266847 | ##+ | NJSVS Surcharge Violation System Office, Attn NJSVS Bankruptcy Unit, PO Box 136, Trenton, NJ 08601-0136 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Ronald E. Norman | on behalf of Debtor Joanne C. Fillius rnorman@rnormanlaw.com ekonecsny@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com;norman.ronaldb115031@notify.bestcase.com;9070633420@filings.docketbird.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5