Form ntcfncurv − ntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−14452−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Joanne C. Fillius
aka Joanne C. Pezzano, aka Joanne C.
Pezzano−Fillius, aka Joanne Pezzano, aka
Joanne Fillius
81 Greenwood Dr
Turnersville, NJ 08012−2156

Social Security No.:
xxx−xx−1132

Employer's Tax I.D. No.:

**NOTICE OF RESPONSE TO TRUSTEE'S NOTICE OF DISBURSEMENTS MADE**

TO: Joanne C. Fillius
Debtor(s)

You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: September 23, 2026
JAN: dmb

Jeanne Naughton, Clerk