Form 177 − fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−14452−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Joanne C. Fillius
aka Joanne C. Pezzano, aka Joanne C.
Pezzano−Fillius, aka Joanne Pezzano, aka
Joanne Fillius
81 Greenwood Dr
Turnersville, NJ 08012−2156

Social Security No.:
xxx−xx−1132

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: September 28, 2026

Jerrold N. Poslusny Jr.
Judge, United States Bankruptcy Court