UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on October 1, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: Joanne C. Fillius | Case No.: 21-14452 |
| | Hearing Date: |
| | Judge: JNP |
| | Chapter: 13 |

# ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 1, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having determined that the final decree was entered prematurely in this case on ___9/28/2026___ and should be vacated for the reason stated below:

- ❑ Debtor has not yet been discharged
- ❑ Adversary Proceeding number _______________ is pending
- ☑ Other: Set final decree prematurely

IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*